**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JERRY-LEE QUARLES,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-3963** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Elizabeth P. Deavers** |
| **CITY OF ZAINESVILLE**, *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before this Court on the Magistrate Judge's Report and Recommendation ("R&R") that this Court dismiss Plaintiff Jerry-Lee Quarles' federal claims with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), and dismiss his state law claims without prejudice. (ECF No. 4). The R&R specifically advised Plaintiff of his right to object to the R&R within fourteen (14) days and on the rights he would waive by failing to do so. (*Id*. at 15). No objection has been filed, and the deadline lapsed on March 21, 2025.

Having reviewed the R&R, this Court **ADOPTS** the R&R in its entirety based on its independent consideration of the analysis therein. (ECF No. 4). Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**, and his state law claims are **DISMISSED WITHOUT PREJUDICE**. Additionally, because reasonable jurists would not disagree with this Court's conclusion, this Court **DECLINES** to issue a certificate of appealability and **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).

    **IT IS SO ORDERED.**

 

**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: April 8, 2025**